**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000411
05-APR-2018
01:02 PM**

NO. CAAP-17-0000411

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


EDWARD A. TAGUCHI, JR., Claimant-Appellant,
v.
SWINERTON BUILDERS NORTHWEST, INC.,
Employer-Appellee,
and
ZURICH NORTH AMERICAN INSURANCE COMPANY,
Insurance Carrier-Appellee,
and
GALLAGHER BASSETT SERVICES, INC.,
Insurance Adjuster-Appellee.


APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2014-256 (DCD No. 2-06-09153))


ORDER GRANTING THE MARCH 27, 2018
MOTION FOR RECONSIDERATION OF THE FEBRUARY 23, 2018
ORDER GRANTING THE FEBRUARY 1, 2018 MOTION TO DISMISS THE APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Letter of Reconsideration, filed March 27, 2018, by Claimant-Appellant Edward A. Taguchi, Jr., pro se, which the court construes as a motion for reconsideration of the February 23, 2018 order granting the February 1, 2018 motion to dismiss the appeal, the papers in support, and the record,[1]

---

[1] On April 2, 2018, Employer-Appellee Swinerton Builders Northwest, Inc., Insurance Carrier-Appellee Zurich North American Company, and Insurance Adjuster-Appellee Gallagher Bassett Services, Inc. filed an opposition to the motion for reconsideration, which the court did not consider because it is unauthorized. See Hawai'i Rules of Appellate Procedure (HRAP) Rule 40(c).

IT IS HEREBY ORDERED that the motion for reconsideration is granted, and the appeal is reinstated. See HRAP Rules 2, 26(b), 40. The deadlines to file the statement of jurisdiction and opening brief are extended to April 16, 2018, and May 7, 2018, respectively. Any further default of the statement of jurisdiction or opening brief may result in sanctions authorized by HRAP Rules 12.1(e) and 30, including, without limitation, monetary sanctions, the appeal being dismissed, or both.

DATED: Honolulu, Hawai'i, April 5, 2018.

Presiding Judge

Associate Judge

Associate Judge